IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD LAMAR BLOODWORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-20 (MTT) |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE OF IMMIGRATION REVIEW, IMMIGRATION AND CUSTOMS ENFORCEMENT, and ATLANTA IMMIGRATION COURT, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Defendants' Motion to Dismiss. (Doc. 24). The Plaintiff concedes that he did not file an administrative claim, which is a prerequisite to a Federal Tort Claims Act action. *See* 28 U.S.C. § 2675(a) (An action *shall* not be instituted upon a claim against the United States for money damages …, unless the claimant *shall* have first presented the claim to the appropriate Federal agency and his claim *shall* have been finally denied by the agency in writing and sent by certified or registered mail.") (emphasis added). This is not to say the Plaintiff's claim lacks merit; this Order means this action is administratively barred. The Motion is **GRANTED** and this action is **DISMISSED without prejudice**.

**SO ORDERED**, this 10th day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT